UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RODNEY JAMES MOSQUITO, )
)
     Plaintiff, )
)
     v. )     Case No. 4:26 CV 341 CDP
)
NATIONAL GEOSPATIAL- )
INTELLIGENCE AGENCY, )
)
     Defendant. )

## MEMORANDUM AND ORDER

Plaintiff Rodney James Mosquito brings this action against his employer, defendant National Geospatial-Intelligence Agency (NGA), alleging that it failed to accommodate his disability and retaliated against him for complaining about the discriminatory conduct, in violation of the Rehabilitation Act, 29 U.S.C. § 794.  Asserting that Mosquito failed to exhaust administrative remedies before bringing his claim in federal court, the NGA moves to dismiss Mosquito's amended complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim or, alternatively, moves for summary judgment under Rule 56.  I will deny the motion.

An affirmative defense that a plaintiff failed to exhaust administrative remedies before bringing an employment discrimination claim in federal court is

itself subject to defenses of waiver, estoppel, and equitable tolling.  *Allen-Denson v. Raimondo*, No. 4:21-CV-01305-JAR, 2023 WL 4761612, at *2-3 (E.D. Mo. July 26, 2023).  On the factual allegations of Mosquito's amended complaint here, I cannot say that Mosquito is precluded from raising any such defense to the NGA's failure-to-exhaust assertion.  As this case is in its preliminary stage – a Rule 16 scheduling conference has not yet been held, and the parties have not yet begun discovery – I will deny the NGA's motion in order to give the parties adequate time and a reasonable opportunity to conduct discovery so that all pertinent material can be presented to the Court.  *Ray v. American Airlines, Inc.*, 609 F.3d 917, 923 (8th Cir. 2010); Fed. R. Civ. P. 12(d).  *See also Blanton v. Kansas City S. Ry. Co.*, No. 19-00811-CV-W-BP, 2020 WL 12604382, at *2 n.1 (W.D. Mo. Apr. 28, 2020).  The NGA is free to reassert its defense in a separately filed motion for summary judgment after the parties have conducted discovery on the matter.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment [12] is **DENIED without prejudice.**

**IT IS FURTHER ORDERED** that plaintiff's Motion for Leave to File Response [to Defendant's Alternative Summary Judgment Motion] Out of Time [17] is **DENIED as moot.**

Defendant shall answer plaintiff's amended complaint within the time prescribed by the Federal Rules of Civil Procedure.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of July, 2026.