**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RODNEY JAMES MOSQUITO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-cv-341-CDP |
| | ) | |
| NATIONAL GEOSPACIAL-INTELLIGENCE AGENCY and NEIL RADICIC, | ) | JURY TRIAL REQUESTED |
| | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

On August 31, 2026, Plaintiff Rodney Mosquito served a copy of *Plaintiff's Initial Disclosures* via email to Defendants' counsel at:

Nicholas P. Llewellyn
Assistant United States Attorney
Thomas F. Eagleton US Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-7637
Nicholas.llewellyn@usdoj.gov

**KHAZAELI WYRSCH LLC**

/s/ *Leah Fessler*
Leah M. Fessler, MO76824
James R. Wyrsch, MO53197
Javad Khazaeli, MO 53735
John M. Waldron, MO70401
Brendan D. Roediger, MO 60585
911 Washington Avenue, Suite 211
St. Louis, MO 63101
(314) 288-0777
(314) 400-7701 (fax)
leah.fessler@kwlawstl.com
javad.khazaeli@kwlawstl.com
james.wyrsch@kwlawstl.com
john.waldron@kwlawstl.com
brendan.roediger@kwlawstl.com

*Attorneys for Plaintiff*